DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.   1:09CR00079 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Juan Royston | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant and his counsel, Debra Migdal appeared before this Court on December 3, 2012, regarding a petition filed by the U.S. Probation Department.  See ECF # 15.

The Court adopts the Report & Recommendation of Magistrate Judge Burke, and finds the defendant in violation of the conditions of supervised release.  See ECF # 18.

IT IS ORDERED that the conditions of supervised release are modified to include participation in the Location Monitoring Program until the expiration of defendant's supervised release which is scheduled to end on March 4, 2013.

IT IS SO ORDERED.

| | |
|---|---|
| December 3, 2012 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |